[No. 19106–3–I.   Division One.   September 19, 1988.]

*In the Matter of the Marriage of* NANCY E. MARTIN, *Respondent, and* ROBERT WILLIAM MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–3–01324–1, Donald G. Cohan, J. Pro Tem., entered July 8, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Webster, JJ.

[No. 20228–6–I.   Division One.   September 19, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. SANDRA BETH GROVES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02856–9, Liem E. Tuai, J., entered March 18, 1987. *Reversed* by unpublished opinion per Winsor, J., concurred in by Swanson and Webster, JJ.

[No. 11029–6–II.   Division Two.   September 19, 1988.]

THE STATE OF WASHINGTON, *Petitioner,* v. GLENN R. BUCHANAN, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–1–00171–1, Robert L. Charette, J., entered May 18, 1987. *Dismissed* by unpublished per curiam opinion.